No. 78–1849.  ATTORNEY GENERAL OF NEW YORK *v.* SHAR-GEL.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Apfelbaum, ante,* p. 115.

No. 79–5731.  BROWN *v.* UNITED STATES.  C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his memorandum filed February 15, 1980.

No. A–682.  MCGOFF ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.  Application for stay of order of the United States District Court for the District of Columbia entered December 12, 1979, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–697.  HUDSPETH *v.* THURMAN.  147th Jud. Dist. Ct. Tex., Travis County.  Application for stay, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–720.  ANDRUS, SECRETARY OF THE INTERIOR *v.* VIRGINIA SURFACE MINING & RECLAMATION ASSN., INC., ET AL.; and

No. A–725.  VIRGINIA CITIZENS FOR BETTER RECLAMATION, INC., ET AL. *v.* VIRGINIA SURFACE MINING & RECLAMATION ASSN., INC., ET AL.  Applications for stay of judgment of the United States District Court for the Western District of Virginia, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending timely filing and disposition of the appeals in this Court.